DEVIN DERHAM-BURK #104353
CHAPTER 13 STANDING TRUSTEE
P O BOX 50013
SAN JOSE, CA 95150-0013

Telephone: (408) 354-4413
Facsimile: (408) 354-5513

Trustee for Debtor

**ORIGINAL**

**FILED**
AUG 2 0 2009
UNITED STATES BANKRUPTCY COURT
SAN FRANCISCO, CA

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION

In Re: ) Chapter 13
)
ROSEMARIE BARBOSA ) Case No. 03-56925 ASW
)
) **NOTICE OF UNCLAIMED DIVIDEND**
)
Debtor )
)

The final dividend to Creditor, DIRECT MERCHANTS CRED CARD BK in the above entitled matter was returned marked: UNABLE TO FORWARD-RETURN TO SENDER

It appearing to the Court that a reasonable effort was made to locate the Creditor, and good cause appearing therefore,

IT IS REQUESTED that DEVIN DERHAM-BURK herein forthwith pay over to the Clerk of the above entitled Court, the sum of $396.29 as an unclaimed dividend.

 Claim # 10  DIRECT MERCHANTS CRED CARD BK
       CARDHOLDER SERVICES
       P O BOX 43730
       BALTIMORE, MD 21236-0730

Dated: August 18, 2009     _____
              DEVIN DERHAM-BURK, TRUSTEE



**CHAPTER 13 TRUSTEE**
P.O. BOX 50013
SAN JOSE, CA 95150-0013

**RECEIVED**
SEP 12 2008
Devin Derham-Burk
Trustee, Chapter 13

DIRECT MERCHANTS CRED CARD BK
CARDHOLDER SERVICES
P O BOX 43730
BALTIMORE MD 21236-0730

NIXIE           951            NDE 1         2091-75 09/10/0
:DIRECT MERCHANTS BANK
         BOX CLOSED
    UNABLE TO FORWARD
     RETURN TO SENDER

Case: 03-56925, Doc# 37, Filed: 08/20/09, Entered: 08/27/09 15:01:54 Page 2 of 2